















**PRESS FIRMLY TO SEAL**     **PRESS FIRMLY**

U.S. POSTAGE PAID
PME 2-Day
HOUSTON, TX
77057
MAR 14, 23
AMOUNT
**$28.75**
R2304E106890-11

RDC 07     26301

# PRIORITY MAIL EXPRESS®

**PLAINTIFF'S EXHIBIT A**

B/c 3-16

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 756 306 515 US

FILED
MAR 20 2023
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 347-684-6738
Bryant Young
3000 Greenridge Dr, #1638
Houston, TX 77057

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( 304-622-8513
Clerk, US District Court
500 West Pike St., Room 301
Clarksburg, WV 26302

ZIP + 4® (U.S. ADDRESSES ONLY)
26301

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

⇦ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   |   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 77057   Scheduled Delivery Date (MM/DD/YY): 3·16   Postage: $ 28.75
Date Accepted (MM/DD/YY): 3·14   Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12:00 NOON 6pm   Insurance Fee: /   COD Fee: /
Time Accepted: 11:44 ☐ AM ☒ PM   10:30 AM Delivery Fee: /   Return Receipt Fee: /   Live Animal Transportation Fee: /
Special Handling/Fragile: /   Sunday/Holiday Premium Fee: /   Total Postage & Fees: $ 28.75
Weight: lbs. ozs.   ☒ Flat Rate   Acceptance Employee Initials: EA

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

PS10001000006
EP13F May 2020
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE®**