FILED: February 29, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2018
(1:23-cv-00029-TSK-MJA)

_____

BRYANT KEITH YOUNG

    Plaintiff - Appellant

v.

WEST VIRGINIA UNIVERSITY; WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS; DR. KATHLEEN O'HEARN RYAN

    Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK