FILED: March 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2018
(1:23-cv-00029-TSK-MJA)

_____

BRYANT KEITH YOUNG

    Plaintiff - Appellant

v.

WEST VIRGINIA UNIVERSITY; WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS; DR. KATHLEEN O'HEARN RYAN

    Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered 02/29/2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*